**JS-6**

FILED
CLERK, U.S. DISTRICT COURT
APR 17, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY CALDERA, | Case No. **2:16-cv-05421 VAP (RAOx)** |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| AMERICAN MEDICAL COLLECTION AGENCY, et al, | |
| Defendants. | |

The Court having been advised by counsel for the parties that the above-entitled action has settled in its entirety,

**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT to retain jurisdiction for a period of **thirty (30) days** to enforce the terms of the settlement.

Dated: April 17, 2018

VIRGINIA A. PHILLIPS
Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm